·12/04·(A0243)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court FOR THE DISTRICT OF COLUMBIA | District |
|---|---|
| Name (under which you were convicted): DAVID LEE SMITH | Case: 1:08-cv-00648 Assigned To : Unassigned Assign. Date : 4/15/2008 Description: Habeas Corpus |
| Place of Confinement: BERTIE CORRECTIONAL INSTITUTE | |
| UNITED STATES OF AMERICA U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF N.C.     v. | Movant (include name under which you were convicted) DAVID LEE SMITH |

COMPLAINT
MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   WAKE COUNTY SUPERIOR COURT RALEIGH N.C.

   (b) Criminal docket or case number (if you know): 03 CRS 49691-94 AND 03CRS56350

2. (a) Date of the judgment of conviction (if you know): DEC. 12, 2003

   (b) Date of sentencing: DEC. 13, 2003

3. Length of sentence: 42 YEARS MINIMUM 52 YEARS MAXIMUM

4. Nature of crime (all counts): (4) COUNTS OF FELONY BREAKING AND ENTERING AND LARCENY (1) COUNT HABITUAL FELON

5. (a) What was your plea? (Check one)
   (1) Not guilty ✓   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ✓   Judge only ☐

**RECEIVED**
MAR 20 2008
Clerk, U.S. District and
Bankruptcy Courts

1

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☑  No ☐
8. Did you appeal from the judgment of conviction?  Yes ☑  No ☐
9. If you did appeal, answer the following:
   (a) Name of court: **N.C. COURT OF APPEALS**
   (b) Docket or case number (if you know): **C.O.A. 04-1033**
   (c) Result: **VACATED IN PART AND REMANDED IN PART**
   (d) Date of result (if you know): **JULY 15, 2005**
   (e) Citation to the case (if you know):
   (f) Grounds raised: **VIOLATION OF ONE TAKE RULE**

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☑  No ☐
   If "Yes," answer the following:
   (1) Docket or case number (if you know): **07-6479**
   (2) Result: **CERTIORARI DENIED OR PETITION FOR RE-HEARING DENIED**
   (3) Date of result (if you know): **JAN. 7, 2008**
   (4) Citation to the case (if you know):
   (5) Grounds raised: **(3) ACTUAL INNOCENCE CLAIMS**

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☑  No ☐
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: **U.S. DISTRICT COURT FOR N.C. EAST DISTRICT**
        (2) Docket or case number (if you know): **5:06-HC-02061-BO**
        (3) Date of filing (if you know): **APRIL 3, 2006**

Page 4

(4) Nature of the proceeding: **HABEOUS CORPUS**

(5) Grounds raised: **ACTUAL INNOCENCE OF ABOVE FELONIES**

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑

(7) Result: **DENIED**

(8) Date of result (if you know): **2007**

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☑   No ☐

(2) Second petition:   Yes ☐   No ☐

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: PETITIONER ASSERTS ACTUAL INNOCENCE OF BREAKING AND ENTERING AND LARCENY CONVICTION ABOVE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
THERE WERE NO EYEWITNESSES TO THE CRIME. JURY WAS SHOWN OUT OF FOCUS, BLACK AND WHITE VIDEO TAPE OF CRIME THAT WAS FILMED AT NIGHT. JURY WAS ALSO SHOWN LATENT FINGER PRINT LIFT OF PETITIONER'S RIGHT THUMB. PROSECUTION WITNESS TESTIFIED SHE LIFTED PRINT OFF CAN FOUND IN STOLEN-RECOVERED TRUCK. IN OPENING ARGUMENT PROSECUTOR STATED NO WAY PETITIONER DID NOT STEAL THIS EQUIPMENT IF HIS FINGER PRINT WAS FOUND ON THE CAN. ABOVE ALLEGATIONS WERE CONTROVERTED BY THE PETITIONER DURING DIRECT AND CROSS EXAMINATIONS.

(b) Direct Appeal of Ground One:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☑
(2) If you did not raise this issue in your direct appeal, explain why: APPELLANT COUNSEL FAILED TO ASSERT ABOVE ISSUE AS PLAIN ERROR

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☑  No ☐
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: M.A.R.
Name and location of the court where the motion or petition was filed: WAKE COUNTY SUPERIOR COURT RALEIGH N.C.

Page 6

Docket or case number (if you know): **03 CRS 49691-94 AND 03CRS5635**
Date of the court's decision: **SEPT. 9, 2005**
Result (attach a copy of the court's opinion or order, if available): **DENIED**

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☑    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: **N.C. COURT OF APPEALS**

Docket or case number (if you know): **C.O.A. P04-145**
Date of the court's decision: **MARCH 8, 2004**
Result (attach a copy of the court's opinion or order, if available): **DENIED**

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO: **PETITIONER ASSERTS HIS ACTUAL INNOCENCE OF VIOLATING N.C.G.S. 14-7.1**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
STATE OF NORTH CAROLINA AND LEGAL AUTHOR LEXIS PUBLISHING IN A CONSPIRACY PUBLISHED N.C. CRIMINAL PROCEDURE LEGAL MANUALS THAT INCORRECTLY STATE N.C. G.S. 14-7.1. DEFECTIVE MANUAL WAS USED TO DRAFT JURY INSTRUCTION DURING HABITUAL FELON SEGMENT OF TRIAL. PETITIONER WAS CONVICTED OF VIOLATING HABITUAL FELON DECLARATION. TRIAL COURT DENIED ORAL PRO-SE M.A.R. ON GROUNDS PETITIONER FAILED TO SUPPORT

Page 7

MOTION WITH EVIDENCE MATERIAL OR DOCUMENT BRIEFING.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: APPELLANT COUNSEL FAILED TO ASSIGN ISSUE AS PLAIN ERROR.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☑  No ☐

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: M.A.R.
Name and location of the court where the motion or petition was filed: WAKE COUNTY SUPERIOR COURT, RALEIGH N.C.
Docket or case number (if you know): 03CRS49692-94 AND 03CRS56350
Date of the court's decision: JAN. 30, 2004
Result (attach a copy of the court's opinion or order, if available): DENIED

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☑  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☑  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: N.C. COURT OF APPEALS
Docket or case number (if you know): C.O.A.P.04-145
Date of the court's decision: MARCH 8, 2004
Result (attach a copy of the court's opinion or order, if available): DENIED

Page 8

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

GROUND THREE: DISTRICT COURT ERRED IN DENIAL OF PETIT-
IONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
PRO-SE PETITIONER PRESENTED (3) COLORABLE ACTUAL IN-
NOCENCE CLAIMS FOR PROCESS IN CASE H.C.-02061-80,
D.C. FAILURE TO REVIEW COLORABLE ACTUAL INNOCENCE
CLAIMS ABOVE RESULTED IN MISCARRIAGE OF JUSTICE
BECAUSE FOURTH CIRCUIT AND U.S. SUPREME ALSO FAILED
TO REVIEW CLAIMS AS WELL AS N.C. SUPREME COURT.
CONVICTION WAS OBTAINED BY USE OF PREJUDICIAL EV-
IDENCE AND ALL OTHER EVIDENCE WAS IRRELEVANT AND IN-
ADMISSIBLE. JURY INSTRUCTIONS CHARGED ELEMENTS OF THE
HABITUAL FELON DECLARATION AS WELL AS THE HABITUAL
FELON INDICTMENT.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction. did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: DENIED EFFECT-
IVE ASSISTANCE BY APPELLANT COUNSEL.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes." state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Page 9

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?
 Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
 Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
 Yes ☐  No ☑

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **THIS WAS PRELIMINARY INFORMAL BRIEFED CASE.**

_____

GROUND FOUR: _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

Page 10

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐  No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐  No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐  No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐  No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

Page 11

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: **NO** _____
_____
_____
_____
_____
_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
_____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: _____
(b) At arraignment and plea: _____
(c) At trial: **PETERS, WOOD**
**RALEIGH N.C. 27602**
(d) At sentencing: **SAME**

Page 12

(e) On appeal: KATHERINE J. ALLEN 123 W. MAIN STREET SUITE 500 DURHAM N.C. 27701

(f) In any post-conviction proceeding: PRO-SE

(g) On appeal from any ruling against you in a post-conviction proceeding: PRO-SE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

   (b) Give the date the other sentence was imposed: _____
   (c) Give the length of the other sentence: _____
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* PROCEDURAL DEFAULT EXCUSED UNDER MISCARRIAGE OF JUSTICE AND ACTUAL INNOCENCE EXCEPTION. [FED. RULE APP. P. 4 (A)(1)]

PETITIONER EXHAUSTED ALL STATE AND FEDERAL REMEDIES IN ABOVE MATTER BY PRESENTING COLORABLE ACTUAL INNOCENCE CLAIMS ABOVE TO N.C. SUPREME COURT, U.S. DISTRICT COURT, FOURTH CIRCUIT AND U.S. SUPREME COURT. ABOVE RELIEF DENIALS RESULTED IN MISCARRIAGE OF JUSTICE, BY EACH COURTS' FAILURE TO REVIEW CLAIMS.

U.S. V. MACDONALD, 966 F.2D 854, 859 (4TH CIR. 1992) (CONFINING MISCARRIAGE OF JUSTICE STANDARD TO COLORABLE CLAIM OF FACTUAL INNOCENCE).

U.S. SUPREME COURT DENIED PETITION TO RE-HEAR ON JANUARY 7, 2008. [NO. 07-6479]

28 U.S.C. § 1254 (1)

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255. paragraph 6. provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final:
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed. if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence

GRANT CERTIFICATE OF APPEALABILITY,

Therefore, movant asks that the Court grant the following relief: ARREST JUDGMENT ON ALL ABOVE FELON CONVICTIONS, AND REMAND CASE WITH INSTRUCTIONS TO DISMISS.

or any other relief to which movant may be entitled.

PRO-SE
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on FEB. 27, 2008 (month, date, year).

Executed (signed) on FEB. 27, 2008 (date).

[signature]
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]
* * * * *

STATE OF NORTH CAROLINA    FILED    IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF WAKE    2004 FEB -2 PM 3:47
03-CRS-49692-49694
03-CRS-56350

WAKE COUNTY, C.S.C.

BY_____

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| vs. | ) | **ORDER DENYING** |
| | ) | **MOTION FOR RELIEF** |
| DAVID LEE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Defendant's paper writings dated December 13, 2003 styled "Motion for Appropriate Relief" and "Petition for Rehearing on Motion for Appropriate Relief."

The court file shows that Defendant was convicted by a jury of various felonies and of being a habitual felon on December 12, 2003 before the Honorable Narley Cashwell. Judge Cashwell denied Defendant's motion for relief and recorded his appeal. Judge Cashwell appointed the Appellate Defender to prosecute the appeal.

This matter being on appeal, the Court has no jurisdiction to address the legal issues raised in Defendant's motion for appropriate relief. The motion for appropriate relief is therefore dismissed without prejudice of the right of the Defendant to file such in the North Carolina Court of Appeals.

So ordered this the ___30___ day of January, 2004.

_____
DONALD W. STEPHENS
SENIOR RESIDENT SUPERIOR COURT JUDGE

P.C (15)

No. COAP04-145

## North Carolina Court of Appeals

*******************************************

STATE OF NORTH CAROLINA

V

DAVID LEE SMITH

From Wake
(03CRS49692-94, 03CRS56350, 03CRS49691)

*******************************************

### ORDER

The following order was entered:

The motion filed in this cause on the 11th day of February, 2004, and designated "Motion: For N.C. Court Of Appeals Panel's Review Of Trial Court's Denial Of Defendant's Request For Additional Relief N.C.G.S. 15A 1414" is dismissed.

By order of the Court this the 8th day of March 2004.

The above order is therefore certified to the Clerk of Superior Court Wake County.

Witness my hand and official seal this the 8th day of March 2004.

John H. Connell
Clerk of North Carolina Court of Appeals

CSC Orig
cc:
Mr. David Lee Smith
Mr. Daniel P. O'Brien
Ms. Katherine Jane Allen
Mr. Staples Hughes



P.(16)