AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__FOR THE__  District of __COLUMBIA__

**FILED**
APR 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

__DAVID LEE SMITH__
Plaintiff

V.

__UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF N.C.__
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 0648

I, __DAVID LEE SMITH__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __BERTIE CORRECTIONAL INSTITUTION__

   Are you employed at the institution? __NO__    Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __2003 SELF EMPLOYED AT $500 WEEKLY.__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☒ Yes    ☐ No
   f. Any other sources                                 ☐ Yes    ☒ No

**RECEIVED**
MAR 20 2008
Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. __$10 MONTHLY FROM SISTER__

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)
   NONE

I declare under penalty of perjury that the above information is true and correct.

MARCH 17, 2008 _____ _____
       Date                                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION         03/10/08
IBSR140 (60)            TRUST FUND ACCOUNT STATEMENT                19:23:39
                      FACILITY: 4880  - BERTIE CI                   PAGE  221
                         FOR: 03/03/08 - 03/10/08

  ACCT. NAME: SMITH, DAVID L.                              ACCT#: 0375340
        BED: JPODE036                                      TYPE: INMATE

            ENDING BALANCE 03/10/08  $     10.00  INCLUDES CANTEEN LIMIT OF $10.00

      BATCH                      REFERENCE
  DATE   NBR.      TYPE           NUMBER      FACL   +/-   AMOUNT        BALANCE
  ----   ----      ----          ---------    ----   ---   ------        -------
  03/10/08 027 MONEY ORDER DEP. 08862883944   4880   + $    10.00   $      10.00
  03/09/08 007 CASHLS CANTEEN-I 00045         4880   - $     0.04   $       0.00

                                   BEGINNING BALANCE                $       0.04


   DEBT      DEBT                                         AMOUNT OF      AMOUNT
   DATE      TIME   TYPE OF DEBT                             DEBT      STILL OWED
   --------  -----  -------------------------------------  ---------   ----------
   01/12/04  10:05  FILING FEES-CASE#5:03-CT-629-BO        $  133.00   $   119.04
   01/12/04  10:05  FILING FEES-CASE#5:03-CT-561-BO        $  130.00   $   120.60
   01/12/04  10:06  FILING FEES-CASE#5:03-CT-611-BO        $  133.00   $   126.00
   03/15/05  09:10  FILING FEES-CASE#3:05CV64-2-MU         $  150.00   $   148.00

  THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
  BETWEEN 03/03/2008 AT 01:01:01 AND 03/10/2008 AT 19:23:39.

  ENDING BALANCE IS THE BALANCE AS OF MONDAY,    MARCH    10, 2008 AT 19:23:39.
```

```
                        NORTH CAROLINA DEPARTMENT OF CORRECTION        11/26/07
IBSR140 (60)                  TRUST FUND ACCOUNT STATEMENT             19:16:17
                        FACILITY: 4880  - BERTIE CI                   PAGE   227
                           FOR: 11/19/07 - 11/26/07

   ACCT. NAME: SMITH, DAVID L.                              ACCT#: 0375340
          BED: JPODE036                                     TYPE: INMATE


          ENDING BALANCE 11/26/07  $       0.14  INCLUDES CANTEEN LIMIT OF $ 0.14

      BATCH                        REFERENCE
   DATE   NBR.     TYPE             NUMBER      FACL   +/-    AMOUNT         BALANCE
   ----   ----     ----             ------      ----   ---    ------         -------
 11/23/07 015  CASHLS CANTEEN-I    00141        4880   - $       3.50   $       0.14
 11/21/07 055  CASHLS CANTEEN-I    00325        4880   - $       6.36   $       3.64
 11/20/07 036  FILING FEE WTH      0112041005B  4880   - $       0.01   $      10.00
 11/20/07 010  MONEY ORDER DEP.    89084798     4880   + $      10.00   $      10.01

                                        BEGINNING BALANCE              $       0.01
   DEBT     DEBT                                              AMOUNT OF     AMOUNT
   DATE     TIME   TYPE OF DEBT                                DEBT       STILL OWED
   ------   ----- -------------------------------------      -----------  -----------
 01/12/04   10:05 FILING FEES-CASE#5:03-CT-629-BO         $      133.00  $     119.45
 01/12/04   10:05 FILING FEES-CASE#5:03-CT-561-BO         $      130.00  $     120.60
 01/12/04   10:06 FILING FEES-CASE#5:03-CT-611-BO         $      133.00  $     126.00
 03/15/05   09:10 FILING FEES-CASE#3:05CV64-2-MU          $      150.00  $     148.00

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 11/19/2007 AT 01:01:01 AND 11/26/2007 AT 19:16:17.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,   NOVEMBER 26, 2007 AT 19:16:17.
```

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION        11/19/07
IBSR140 (60)            TRUST FUND ACCOUNT STATEMENT               19:15:16
                    FACILITY: 4880  - BERTIE CI                    PAGE  220
                        FOR: 11/12/07 - 11/19/07

  ACCT. NAME: SMITH, DAVID L.                              ACCT#: 0375340
        BED: JPODE036                                      TYPE: INMATE

           ENDING BALANCE 11/19/07  $      0.01  INCLUDES CANTEEN LIMIT OF $ 0.01

    BATCH                         REFERENCE
DATE    NBR.       TYPE            NUMBER     FACL  +/-   AMOUNT       BALANCE
----    ----       ----            ------     ----  ---   ------       -------

                                  BEGINNING BALANCE       $              0.01
  DEBT   DEBT                                          AMOUNT OF    AMOUNT
  DATE   TIME   TYPE OF DEBT                             DEBT       STILL OWED
--------  -----  -----------------------------------  -----------   -----------
01/12/04  10:05  FILING FEES-CASE#5:03-CT-629-BO       $    133.00  $    119.46
01/12/04  10:05  FILING FEES-CASE#5:03-CT-561-BO       $    130.00  $    120.60
01/12/04  10:06  FILING FEES-CASE#5:03-CT-611-BO       $    133.00  $    126.00
03/15/05  09:10  FILING FEES-CASE#3:05CV64-2-MU        $    150.00  $    148.00

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 11/12/2007 AT 01:01:01 AND 11/19/2007 AT 19:15:16.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    NOVEMBER  19, 2007 AT 19:15:16.
```

```
                   NORTH CAROLINA DEPARTMENT OF CORRECTION          11/12/07
IBSR140 (60)             TRUST FUND ACCOUNT STATEMENT               19:07:17
                      FACILITY: 4880  - BERTIE CI                  PAGE   226
                         FOR: 11/05/07 - 11/12/07

  ACCT. NAME: SMITH, DAVID L.                              ACCT#: 0375340
        BED: JPODE036                                      TYPE: INMATE

         ENDING BALANCE 11/12/07  $       0.01  INCLUDES CANTEEN LIMIT OF $ 0.01

    BATCH                         REFERENCE
  DATE    NBR.       TYPE          NUMBER     FACL   +/-    AMOUNT        BALANCE
  ----    ----       ----         ---------   ----   ---    ------        -------
 11/10/07 012  CASHLS CANTEEN-I   00155       4880   - $      5.04   $       0.01
 11/09/07 006  MONEY ORDER DEP.   9024024536  4880   + $      5.00   $       5.05
 11/08/07 010  CASHLS CANTEEN-I   00052       4880   - $      0.15   $       0.05
 11/08/07 010  CASHLS CANTEEN-I   00051       4880   - $      9.80   $       0.20
 11/07/07 008  MONEY ORDER DEP.   11412400792 4880   + $     10.00   $      10.00

                                  BEGINNING BALANCE           $              0.00
   DEBT    DEBT                                          AMOUNT OF      AMOUNT
   DATE    TIME   TYPE OF DEBT                             DEBT        STILL OWED
  -------- -----  ----------------------------------     ----------    ----------
 01/12/04  10:05  FILING FEES-CASE#5:03-CT-629-BO      $    133.00  $     119.46
 01/12/04  10:05  FILING FEES-CASE#5:03-CT-561-BO      $    130.00  $     120.60
 01/12/04  10:06  FILING FEES-CASE#5:03-CT-611-BO      $    133.00  $     126.00
 03/15/05  09:10  FILING FEES-CASE#3:05CV64-2-MU       $    150.00  $     148.00
```

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 11/05/2007 AT 01:01:01 AND 11/12/2007 AT 19:07:17.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    NOVEMBER  12, 2007 AT 19:07:17.

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION           11/05/07
 IBSR140 (60)              TRUST FUND ACCOUNT STATEMENT               19:20:13
                       FACILITY: 4880   - BERTIE CI                  PAGE  226
                          FOR: 10/29/07 - 11/05/07

   ACCT. NAME: SMITH, DAVID L.                              ACCT#: 0375340
         BED: JPODE036                                      TYPE: INMATE

          ENDING BALANCE 11/05/07 $      0.00  INCLUDES CANTEEN LIMIT OF $ 0.00

       BATCH                    REFERENCE
  DATE    NBR.     TYPE          NUMBER    FACL  +/-   AMOUNT         BALANCE
  ----    ----     ----          ------    ----  ---   ------         -------
 11/02/07 059  CASHLS CANTEEN-I  00312     4880  - $     0.09    $       0.00

                                    BEGINNING BALANCE          $         0.09
   DEBT    DEBT                                        AMOUNT OF    AMOUNT
   DATE    TIME   TYPE OF DEBT                           DEBT      STILL OWED
 --------  -----  ----------------------------------   ---------   ----------
 01/12/04  10:05  FILING FEES-CASE#5:03-CT-629-BO      $  133.00  $   119.46
 01/12/04  10:05  FILING FEES-CASE#5:03-CT-561-BO      $  130.00  $   120.60
 01/12/04  10:06  FILING FEES-CASE#5:03-CT-611-BO      $  133.00  $   126.00
 03/15/05  09:10  FILING FEES-CASE#3:05CV64-2-MU       $  150.00  $   148.00

 THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
 BETWEEN 10/29/2007 AT 01:01:01 AND 11/05/2007 AT 19:20:13.

 ENDING BALANCE IS THE BALANCE AS OF MONDAY,    NOVEMBER  5, 2007 AT 19:20:13.
```

```
                        NORTH CAROLINA DEPARTMENT OF CORRECTION              10/29/07
 IBSR140 (60)              TRUST FUND ACCOUNT STATEMENT                      19:14:13
                        FACILITY: 4880  - BERTIE CI                         PAGE   226
                            FOR: 10/22/07 - 10/29/07

   ACCT. NAME: SMITH, DAVID L.                                   ACCT#: 0375340
         BED: JPODE036                                            TYPE: INMATE

           ENDING BALANCE 10/29/07  $      0.09  INCLUDES CANTEEN LIMIT OF $ 0.09

         BATCH                          REFERENCE
  DATE         NBR.       TYPE           NUMBER        FACL    +/-    AMOUNT         BALANCE
  ----         ----       ----           ------        ----    ---    ------         -------

                                              BEGINNING BALANCE        $        0.09
    DEBT     DEBT                                               AMOUNT OF     AMOUNT
    DATE     TIME    TYPE OF DEBT                                 DEBT       STILL OWED
  --------  -----   ------------------------------------------  ----------   ----------
  01/12/04  10:05   FILING FEES-CASE#5:03-CT-629-BO              $   133.00  $   119.46
  01/12/04  10:05   FILING FEES-CASE#5:03-CT-561-BO              $   130.00  $   120.60
  01/12/04  10:06   FILING FEES-CASE#5:03-CT-611-BO              $   133.00  $   126.00
  03/15/05  09:10   FILING FEES-CASE#3:05CV64-2-MU               $   150.00  $   148.00
```

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 10/22/2007 AT 01:01:01 AND 10/29/2007 AT 19:14:13.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    OCTOBER   29, 2007 AT 19:14:13.

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION           10/22/07
IBSR140 (60)            TRUST FUND ACCOUNT STATEMENT                  19:26:10
                    FACILITY: 4880  - BERTIE CI                       PAGE   225
                       FOR: 10/15/07 - 10/22/07

  ACCT. NAME: SMITH, DAVID L.                              ACCT#: 0375340
         BED: JPODE036                                     TYPE: INMATE

         ENDING BALANCE 10/22/07 $        0.09  INCLUDES CANTEEN LIMIT OF $ 0.09

      BATCH                       REFERENCE
 DATE  NBR.      TYPE              NUMBER      FACL  +/-   AMOUNT      BALANCE
 ----  ----      ----              ------      ----  ---   ------      -------

                                   BEGINNING BALANCE         $            0.09
  DEBT    DEBT                                           AMOUNT OF    AMOUNT
  DATE    TIME   TYPE OF DEBT                              DEBT       STILL OWED
 -------- -----  ------------------------------------    ----------   ----------
 01/12/04 10:05  FILING FEES-CASE#5:03-CT-629-BO         $    133.00  $   119.46
 01/12/04 10:05  FILING FEES-CASE#5:03-CT-561-BO         $    130.00  $   120.60
 01/12/04 10:06  FILING FEES-CASE#5:03-CT-611-BO         $    133.00  $   126.00
 03/15/05 09:10  FILING FEES-CASE#3:05CV64-2-MU          $    150.00  $   148.00
```

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 10/15/2007 AT 01:01:01 AND 10/22/2007 AT 19:26:10.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    OCTOBER  22, 2007 AT 19:26:10.

```
                        NORTH CAROLINA DEPARTMENT OF CORRECTION         10/15/07
 IBSR140 (60)              TRUST FUND ACCOUNT STATEMENT                 19:24:16
                    FACILITY: 4880  - BERTIE CI                         PAGE  232
                         FOR: 10/08/07 - 10/15/07

   ACCT. NAME: SMITH, DAVID L.                               ACCT#: 0375340
          BED: JPODE036                                       TYPE: INMATE


          ENDING BALANCE 10/15/07  $       0.09  INCLUDES CANTEEN LIMIT OF $ 0.09

       BATCH                         REFERENCE
   DATE    NBR.       TYPE            NUMBER    FACL   +/-     AMOUNT        BALANCE
   ----    ----       ----            ------    ----   ---     ------        -------
 10/13/07  016  CASHLS CANTEEN-I      00194     4880   - $       3.01   $       0.09
 10/12/07  048  CASHLS CANTEEN-I      00273     4880   - $       6.90   $       3.10
 10/09/07  134  FILING FEE WTH        0112041005B 4880 - $       0.01   $      10.00
 10/09/07  119  MONEY ORDER DEP.      11412384210 4880 + $      10.00   $      10.01

                                   BEGINNING BALANCE              $             0.01
                                                            AMOUNT OF      AMOUNT
    DEBT    DEBT                                              DEBT       STILL OWED
    DATE    TIME   TYPE OF DEBT
   -------- -----  -------------------------------------    ---------   -----------
   01/12/04 10:05  FILING FEES-CASE#5:03-CT-629-BO           $  133.00  $    119.46
   01/12/04 10:05  FILING FEES-CASE#5:03-CT-561-BO           $  130.00  $    120.60
   01/12/04 10:06  FILING FEES-CASE#5:03-CT-611-BO           $  133.00  $    126.00
   03/15/05 09:10  FILING FEES-CASE#3:05CV64-2-MU            $  150.00  $    148.00

 THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
 BETWEEN 10/08/2007 AT 01:01:01 AND 10/15/2007 AT 19:24:16.

 ENDING BALANCE IS THE BALANCE AS OF MONDAY,    OCTOBER   15, 2007 AT 19:24:16.
```

```
IBSR140 (60)          NORTH CAROLINA DEPARTMENT OF CORRECTION        10/08/07
                          TRUST FUND ACCOUNT STATEMENT               19:25:51
                       FACILITY: 4880  - BERTIE CI                   PAGE   232
                          FOR: 10/01/07 - 10/08/07

     ACCT. NAME: SMITH, DAVID L.                      ACCT#: 0375340
           BED: JPODE036                              TYPE: INMATE

           ENDING BALANCE 10/08/07  $     0.01  INCLUDES CANTEEN LIMIT OF $ 0.01

        BATCH                     REFERENCE
   DATE  NBR.      TYPE            NUMBER      FACL  +/-  AMOUNT         BALANCE
   ----  ----      ----           ---------    ----  ---  ------         -------
 10/07/07 007 CASHLS CANTEEN-I  00034           4880  - $    0.57  $       0.01

                                  BEGINNING BALANCE             $           0.58
   DEBT    DEBT                                         AMOUNT OF    AMOUNT
   DATE    TIME  TYPE OF DEBT                              DEBT     STILL OWED
   ------- ----- ---------------------------------------  --------  ----------
   01/12/04 10:05 FILING FEES-CASE#5:03-CT-629-BO       $   133.00 $    119.47
   01/12/04 10:05 FILING FEES-CASE#5:03-CT-561-BO       $   130.00 $    120.60
   01/12/04 10:06 FILING FEES-CASE#5:03-CT-611-BO       $   133.00 $    126.00
   03/15/05 09:10 FILING FEES-CASE#3:05CV64-2-MU        $   150.00 $    148.00
```

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 10/01/2007 AT 01:01:01 AND 10/08/2007 AT 19:25:51.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    OCTOBER   8, 2007 AT 19:25:51.

```
                     NORTH CAROLINA DEPARTMENT OF CORRECTION        10/01/07
IBSR140 (60)             TRUST FUND ACCOUNT STATEMENT               19:25:41
                     FACILITY: 4880  - BERTIE CI                    PAGE  233
                         FOR: 09/24/07 - 10/01/07

   ACCT. NAME: SMITH, DAVID L.                              ACCT#: 0375340
         BED: JPODE036                                      TYPE: INMATE


         ENDING BALANCE 10/01/07  $       0.58  INCLUDES CANTEEN LIMIT OF $ 0.58

      BATCH                     REFERENCE
 DATE   NBR.      TYPE           NUMBER       FACL  +/-   AMOUNT          BALANCE
 ----   ----      ----           ------       ----  ---   ------          -------
09/28/07 033  CASHLS CANTEEN-I  00287         4880  - $      3.82   $        0.58
09/27/07 006  CASHLS CANTEEN-I  00083         4880  - $      7.60   $        4.40
09/26/07 028  FILING FEE WTH    0315050910B   4880  - $      2.00   $       12.00
09/26/07 028  FILING FEE WTH    0112041006B   4880  - $      2.00   $       14.00
09/26/07 028  FILING FEE WTH    0112041005B   4880  - $      2.00   $       16.00
09/26/07 028  FILING FEE WTH    0112041005B   4880  - $      2.00   $       18.00
09/26/07 025  MONEY ORDER DEP.  11097924873   4880  + $     10.00   $       20.00
09/25/07 035  FILING FEE WTH    0112041005B   4880  - $      0.09   $       10.00
09/25/07 027  MONEY ORDER DEP.  08781003675   4880  + $     10.00   $       10.09

                                       BEGINNING BALANCE      $        0.09
  DEBT   DEBT                                          AMOUNT OF     AMOUNT
  DATE   TIME   TYPE OF DEBT                             DEBT      STILL OWED
 ------ -----  -------------------------------------  ----------   ----------
01/12/04 10:05 FILING FEES-CASE#5:03-CT-629-BO         $   133.00 $    119.47
01/12/04 10:05 FILING FEES-CASE#5:03-CT-561-BO         $   130.00 $    120.60
01/12/04 10:06 FILING FEES-CASE#5:03-CT-611-BO         $   133.00 $    126.00
03/15/05 09:10 FILING FEES-CASE#3:05CV64-2-MU          $   150.00 $    148.00

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 09/24/2007 AT 01:01:01 AND 10/01/2007 AT 19:25:41.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    OCTOBER    1, 2007 AT 19:25:41.
```

```
                      NORTH CAROLINA DEPARTMENT OF CORRECTION          09/24/07
IBSR140 (60)              TRUST FUND ACCOUNT STATEMENT                 19:17:42
                       FACILITY: 4880  - BERTIE CI                     PAGE   231
                          FOR: 09/17/07 - 09/24/07

   ACCT. NAME: SMITH, DAVID L.                              ACCT#: 0375340
        BED: JPODE036                                       TYPE: INMATE

          ENDING BALANCE 09/24/07 $       0.09  INCLUDES CANTEEN LIMIT OF $ 0.09

      BATCH                         REFERENCE
   DATE    NBR.      TYPE            NUMBER     FACL  +/-   AMOUNT       BALANCE
   ----    ----      ----            ------     ----  ---   ------       -------

                                     BEGINNING BALANCE           $          0.09
   DEBT    DEBT                                          AMOUNT OF    AMOUNT
   DATE    TIME   TYPE OF DEBT                              DEBT      STILL OWED
   -----   -----  ------------------------------------   ---------    ----------
   01/12/04 10:05 FILING FEES-CASE#5:03-CT-629-BO        $   133.00 $     121.56
   01/12/04 10:05 FILING FEES-CASE#5:03-CT-561-BO        $   130.00 $     122.60
   01/12/04 10:06 FILING FEES-CASE#5:03-CT-611-BO        $   133.00 $     128.00
   03/15/05 09:10 FILING FEES-CASE#3:05CV64-2-MU         $   150.00 $     150.00

 THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
 BETWEEN 09/17/2007 AT 01:01:01 AND 09/24/2007 AT 19:17:42.

 ENDING BALANCE IS THE BALANCE AS OF MONDAY,      SEPTEMBER 24, 2007 AT 19:17:42.
```

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION              09/17/07
IBSR140 (60)              TRUST FUND ACCOUNT STATEMENT                   20:29:13
                     FACILITY: 4880   - BERTIE CI                        PAGE  235
                         FOR: 09/10/07 - 09/17/07

  ACCT. NAME: SMITH, DAVID L.                                  ACCT#: 0375340
         BED: JPODE036                                         TYPE: INMATE

            ENDING BALANCE 09/17/07  $      0.09 INCLUDES CANTEEN LIMIT OF $ 0.09

         BATCH                       REFERENCE
  DATE   NBR.      TYPE               NUMBER     FACL  +/-    AMOUNT       BALANCE
  ----   ----      ----               ------     ----  ---    ------       -------

                                   BEGINNING BALANCE          $              0.09
  DEBT   DEBT                                              AMOUNT OF     AMOUNT
  DATE   TIME   TYPE OF DEBT                                 DEBT        STILL OWED
 ------- -----  ----------------------------------------  -----------   -----------
 01/12/04 10:05 FILING FEES-CASE#5:03-CT-629-BO            $    133.00  $    121.56
 01/12/04 10:05 FILING FEES-CASE#5:03-CT-561-BO            $    130.00  $    122.60
 01/12/04 10:06 FILING FEES-CASE#5:03-CT-611-BO            $    133.00  $    128.00
 03/15/05 09:10 FILING FEES-CASE#3:05CV64-2-MU             $    150.00  $    150.00

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 09/10/2007 AT 01:01:01 AND 09/17/2007 AT 20:29:13.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,      SEPTEMBER 17, 2007 AT 20:29:13.
```