FILED
APR 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID LEE SMITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08 0648 |
| | ) |
| UNITED STATES DISTRICT COURT | ) |
| FOR THE EASTERN DISTRICT | ) |
| OF NORTH CAROLINA, | ) |
| | ) |
| Respondent. | ) |

## TRANSFER ORDER

In this habeas action, petitioner is challenging his conviction and the sentence imposed by a state court in North Carolina. *See* Pet. at 5-7. He requests a certificate of appealability and an order directing the sentencing court to vacate the criminal judgment. *Id.* at 13.

Habeas actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a habeas corpus action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). This Court "may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Therefore, the Court will transfer this matter to the district in which petitioner currently is incarcerated. Resolution of petitioner's application to proceed *in forma pauperis* is left to the transferee court to decide.

To the extent that petitioner seeks review of decisions rendered by the United States District Court, the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States, *see* Pet. at 8, his request must be denied. This Court has no authority to review the decisions

of another federal district court. *See* 28 U.S.C. §§ 1251, 1254, 1291.

Accordingly, it is hereby

ORDERED that this action is TRANSFERRED to the United States District Court for the Eastern District of North Carolina.

SO ORDERED.

DATE: 4/8/08

                                            Royce C. Lamberth
                                            United States District Judge