UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DAVID LEE SMITH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> U.S. DISTRICT COURT FOR THE ) <br> EASTERN DISTRICT OF NORTH ) <br> CAROLINA, ) <br> ) <br> Respondent. ) <br> ) | Civil Action No. 08-0648 |

## ORDER

The *pro se* petitioner has filed a motion asking this Court to reconsider its order issued April 15, 2008, transferring his habeas petition to the United States District Court for the Eastern District of North Carolina because petitioner is incarcerated in that district. Here, petitioner asks this Court to construe his habeas petition as a motion filed under 28 U.S.C. § 2255 challenging a March 16, 2007 order of the United States District Court for the Eastern District of North Carolina that denied his appeal based on claims of actual innocence. (Mot. for Recons. at 1, 2, 6.)

This Court is without subject matter jurisdiction to entertain an appeal from a final order of a United States District Court. *See* 28 U.S.C. § 1291. This Court is also without jurisdiction to entertain a motion under § 2255 from a prisoner under sentence by order of the United States District Court for the Eastern District of North Carolina, or an appeal from the United States District Court for the Eastern District of North Carolina's denial of a motion under § 2255. *See* 28 U.S.C. § 2255(a) and (d). Accordingly, it is

5

ORDERED that the motion for reconsideration is DENIED.

Date: 5/8/08

United States District Judge